UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 18 Cr. 454 (KPF) |
| ALBERT COLLINS, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Albert Collins, USM #85971-054, has been sentenced in the above case to concurrent terms of time served, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated: April 10, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge